**FILED**

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0125

Thomas A. Hollo
HAMMER, QUINN & SHAW PLLC
100 Financial Drive, Suite 100
P.O. Box 7310
Kalispell, MT 59904-0310
Telephone: (406) 755-2225
tomhollo@attorneysmontana.com
*Attorneys for Appellee Austin Zugg*

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0125

DONNA KATHERINE FINLEY,

Petitioner and Appellant,

vs.

AUSTIN ZUGG and KOLBY ZUGG,

Respondents and Appellees.

## ORDER

Upon consideration of Appellee Austin Zugg's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee Austin Zugg is granted an extension of time to and including November 27, 2024, within which to prepare, file, and serve his response brief

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 23 2024